UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES

| | |
|---|---|
| TAMMY VICTORIAN | CIVIL ACTION: 2:23-cv-01037 |
| VERSUS | |
| | JUDGE: JAMES D. CAIN, JR. |
| PRECISE HEATING AIR AND ELECTRICAL, INC., THE CHARTER OAK FIRE INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY AND JEFFERY DUTY | MAGISTRATE JUDGE: KATHLEEN KAY |

## FINAL JUDGMENT

Considering the parties' **Stipulation of Dismissal (Doc 16)** pursuant to Fed. R. Civ. P. 41(a)(a)(A)(ii),:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers this 5th day of December, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE